UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GEORGE SPENCER**                              CIVIL ACTION

**VERSUS**                                      NO. 10-1678

**U.S. DISTRICT COURT JUDGE**                   SECTION "F" (3)
**A. J. MCNAMARA, ET AL.**

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's claims against District Court Judges A. J. McNamara and Ivan L. R. Lemelle, Magistrate Judge Louis Moore, Jr., the Office of the United States Attorney General, Assistant United States Attorney Jan Maselli Mann, former United States Attorney Harry Rosenberg, former Assistant United States Attorney Spencer Eig and Clerk of Court Loretta Whyte be and are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 10th day AUGUST, 2010.

UNITED STATES DISTRICT JUDGE

1